TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Juan Gabriel Hermosillo-Barajas,<br><br>                          Petitioner,<br><br>v.<br><br>Pamela Bondi, *et.al.*<br><br>                          Respondents. | Case No. 2:26-cv-00274-JAD-DJA<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus**<br><br>**(First Request)**<br><br>[ECF No. 11] |

Petitioner Juan Gabriel Hermosillo-Barajas ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition").

On February 6, 2026, this Court ordered the Federal Respondents to file a response to the Petition within 14 days of the date of the Order. ECF No. 4. On February 18, 2026, Federal Respondents emailed Christian Lassiter, Margaret W. Lambrose and Sylvia A. Irvin from the Federal Public Defender's Office (FPD) to request an extension to file a response to Mr. Hermosillo-Barajas' Petition. Mr. Lassiter from the FPD responded that their information is that the amended petition is due on February 20, 2026, not Federal Respondents' response to the Petition.

Therefore, in an abundance of caution, undersigned counsel hereby files this stipulation for an extension of time to file a response to the amended petition. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition from February 20, 2026, to March 6, 2026, or 14 days from the filing of the Amended Petition. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 19th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christian Lassiter
CHRISTIAN LASSITER
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Christian_Lassiter @fd.org
*Attorneys for Petitioner*

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 20, 2026

2